■ In the Matter of QABAIL HIZBULLAHANKHAMMON, Appellant, v GENESEE COMMUNITY COLLEGE et al., Respondents. [648 NYS2d 389] —Motion for permission to proceed as a poor person and assignment of counsel denied. Memorandum: Petitioner has failed to show merit to the appeal, as required by CPLR 1101 (a) and the order of this Court entered June 24, 1996. Present—Green, J. P., Lawton, Fallon, Balio and Boehm, JJ.

■ DORIS E. KIGHTLINGER, Respondent, v MERL KIGHTLINGER, Appellant. [648 NYS2d 386] —Motion for stay denied. Memorandum: Plaintiff can obtain an automatic stay by posting an undertaking (see, CPLR 5519 [a] [2]). Present—Denman, P. J., Pine, Lawton, Callahan and Balio, JJ. (Filed Aug. 28, 1996.)

■ HELEN L. OSMUNDSON, Respondent, v MARK L. OSMUNDSON, Appellant. [648 NYS2d 385] —Motion for stay denied. Memorandum: The relief sought is inappropriate. There is nothing in the June 3, 1996 order to stay; no proceedings are necessary to enforce that order. Moreover, the time has already passed for compliance with the order. Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.

■ JAMES WYNN, SR., Appellant, v AC ROCHESTER et al., Respondents. [648 NYS2d 386] —Motion for permission to proceed as a poor person denied. Memorandum: Plaintiff has not shown indigency or merit to the appeal (see, CPLR 1101 [a]). Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ GREGORY J. MOTT, as Guardian ad Litem for SAYEH M. RIVAZFAR and Another, Infants, Respondent, v PATRICIA ANN RIVAZFAR (u/k/a PATRICIA ANN PAFFORD), Appellant, and AHMAD RIVAZFAR, Respondent. [648 NYS2d 388] —Motion for stay of proceedings granted; motion to declare contents of record denied. Memorandum: "The extent of the record to be submitted to this Court must be determined by stipulation of the parties or by appropriate settlement before the courts of original jurisdiction" (Matter of Clark, 10 AD2d 814; see also, CPLR 5525). Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ. (Filed Sept. 16, 1996.)